UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/16/2021
```

Genetec, Inc.,

           Plaintiff,

   –v–

PROS, Inc.,

           Defendant.

20-cv-7959 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Per the Court's February 8, 2021 Order, *see* Dkt. No. 20, the parties were to submit their joint letter and proposed case management plan by February 12, 2021 in accordance with the instructions set out in the Court's Notice of Initial Pretrial Conference. Dkt. No. 6. The parties have not done so. The parties are ordered to submit their joint letter and case management plan **no later than February 17, 2021**. The parties are reminded to inform the Court of whether they can do without a conference altogether.

    SO ORDERED.

Dated: February 15, 2021
       New York, New York

                                          ALISON J. NATHAN
                                      United States District Judge