UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GENETEC, INC.,

                    Plaintiff,

   -v-

                                                   CIVIL ACTION NO.: 20 Civ. 7959 (AJN) (SLC)

PROS, INC.,

                                                   **ORDER**

                    Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

The **February 4, 2022** settlement conference is ADJOURNED sine die in light of the unavailability of one of the parties' client representatives due to a serious injury. The Court wishes this individual a full and quick recovery.

By **Thursday, February 3, 2022**, the parties shall file a joint letter selecting an adjournment date from the options below:

- Wednesday, March 9, 2022 (10:00 am or 2:00 pm start);

- Thursday, March 10, 2022 (10:00 am start);

- Tuesday, March 15, 2022 (2:00 pm start).

Should the parties wish, they may file updated settlement conference memoranda in accordance with the instructions set forth in the Settlement Conference Scheduling Order. (ECF No. 41).

Dated:       New York, New York
                February 1, 2022

                                                          SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**