UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Genetec, Inc.,

              Plaintiff,

   –v–

PROS, Inc.,

              Defendants.

20-cv-7959 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The parties are ordered to file an updated case management plan by March 18, 2022.

SO ORDERED.

Dated: March 10, 2022
         New York, New York

_____
ALISON J. NATHAN
United States District Judge