```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                                :
GENETEC, INC.,                                                  :
                                                                :
                              Plaintiff,                        :
                                                                :          20-cv-7959 (LJL)
               -v-                                              :
                                                                :               ORDER
PROS, INC,                                                      :
                                                                :
                              Defendant.                        :
                                                                :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/26/2022

LEWIS J. LIMAN, United States District Judge:

      Defendant moves to compel the production of documents and witnesses for testimony and moves for an extension of time to complete fact discovery. Dkt. No. 50. Plaintiff has not submitted a response within the two days permitted under the Court's Individual Practices.

      The motion to compel the production of documents in categories (1) and (2) is GRANTED. Plaintiff shall produce the requested documents no later than August 1, 2022.

      Plaintiff shall have until July 28, 2022 at 5:00 p.m. to state its position on whether it will produce the requested witnesses for deposition.

      The request for an extension of time from July 29, 2022 to September 30, 2022 to complete fact discovery is GRANTED. The post-discovery status conference scheduled for September 16, 2022 is RESCHEDULED to October 7, 2022 at 11:00 a.m. Parties are directed to dial in to the Court's teleconference line at 888-251-2909 and use access code 2123101.

      SO ORDERED.

Dated: July 26, 2022
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge