```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
GENETEC, INC.,                                                   :
                                                                 :
                          Plaintiff,                             :
                                                                 :      20-cv-7959 (LJL)
            -v-                                                  :
                                                                 :         ORDER
PROS, INC,                                                       :
                                                                 :
                          Defendant.                             :
                                                                 :
-----------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

     In response to the Court's order directing Plaintiff to state its position on whether it will produce the requested witnesses for deposition, Dkt. No. 51, Plaintiff's counsel sent an email to the Court, stating that Plaintiff agreed to produce the Rule 30(b)(6) deposition designees and that the parties are negotiating where the depositions will take place.  Plaintiff's counsel copied Defendant's counsel on the email and explained that a filing was not made on the docket because Plaintiff's counsel has not yet been admitted *pro hac vice* and because Plaintiff's New York counsel was unavailable to make the filing.  Such emails to the Court do not adhere to the Court's Individual Practices; all future correspondence should be filed on the public docket.

     Because the discovery dispute has been resolved, the Court denies as moot the remaining portion of Defendant's motion to compel at Dkt. No. 50 concerning depositions.

     SO ORDERED.

Dated: July 29, 2022
      New York, New York

                                               LEWIS J. LIMAN
                                   United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/29/2022