UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GENETEC, INC.,

                Plaintiff,

    -against-

PROS, INC.,

                Defendant.

1:20-cv-07959 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The post-discovery status conference scheduled for February 6, 2023 was adjourned by order dated September 26, 2022. ECF No. 56.

IT IS HEREBY ORDERED that the parties shall appear in-person for a post-discovery status conference on **March 30, 2023 at 10:00 a.m.** If either party wishes to move for summary judgment, it must, no later than **February 27, 2023** request that the status conference serve as a premotion conference. To so request, the moving party shall file a letter on ECF, not to exceed three pages in length, setting forth the basis for the anticipated motion, including the legal standards governing the claims at issue. Other parties shall respond similarly within one week.

IT IS FURTHER ORDERED that, in light of the premotion letter deadline set herein, the deadline to file motions for summary judgment by February 27, 2023 is adjourned.

Dated: October 12, 2022
       New York, New York

                                        SO ORDERED.

                                        *Jennifer Rochon*
                                        JENNIFER L. ROCHON
                                        United States District Judge