# EXHIBIT 1



CONFIDENTIAL



PROS_0000002



PROS_0000003



INTRODUCTION
What I'd like to do now is take a step back and let you get to know PROS as a company a little better. We believe we not only have a very powerful value proposition to offer, but we're also committed at our very core to driving the success of our customers. This commitment has been in place from our very start 30 years ago, and there's still nothing more important to us today. Our corporate culture revolves around this commitment and our track record proves it.
At the highest level, PROS is a company that provides the AI platform companies need to power their commerce.

CONFIDENTIAL



PROS_0000005



PROS_0000006



Before we get into the solution, we need to understand your value priorities, pain points and desired outcomes

There are many different reasons people invest in PROS –

A large number of our customers implement PROS because they want higher margins and to prevent revenue leakage. Others want to increase their Win rates.

Some people buy PROS for better operational execution – they can't execute a price change update or get a quote out fast enough

Sometimes people buy CPQ or a pricing system just so they can capture and store data.  Every quote then runs through their system

A lot of time they buy Pricing and Analytics so they can see what changes are going on with their customers.

Several customer have bought PROS because they care about Compliance and Risk Mitigation. What I mean by that is – lots of CFOs get upset because they look for an audit trail of changes and they can't find one.  Different prices pop up for customer and nobody has any idea where they came from.  They want an Audit trail as a minimum standard

Cost efficiency – this is to reduce manual work (like price corrections / credits etc.)

Organisational Transformation – For example – I want to change the way my sales reps quote business and the only way I'm going to do that is I'm going to implement a CPQ system (as a catalyst).  Some customers have spend millions on a CRM system their Sales reps don't use!  The CPQ system will force them to use the CRM to generate a quote.

CONFIDENTIAL



We have the experience and the credibility leading enterprises want when it comes to trusting a vendor with something as critical as their data. They want to know they've chosen the low-risk partner not only when it comes to protecting that data, but also when it comes to ensuring a high return on their investment. From the very beginning, PROS has worked side by side with our customers to understand their challenges and find innovative new ways to overcome obstacles to drive the success of their business. They choose PROS because of our incredible, customer-centric team of 1000 plus professionals  who have proven we'll deliver the value we promise. That's why we can boast of a more than 95% customer retention rate -- our customers stay with us year after year because they can count on us and they know only we can help them compete and win in the digital economy.

CONFIDENTIAL

PROS Solution Vision for Genetec

CONFIDENTIAL



A high level view of PROS Harmonized solutions.

Control – A centralized pricing policy and management system where company-wide pricing strategies are built, maintained and deployed, providing quick and easy access to current and accurate pricing across all channels in a timely and efficient manner.

Guidance – uses AI to optimize the pricing in each transaction. It leverages peer segmentation for customers and products and predicts the customers willingness to pay, providing the seller a price he can quote with confidence that extracts the most value from the transaction while maintaining a high likelihood of close. It integrates seamlessly into you CRM or ordering system. Guidance will deliver 100 to 300 basis points of margin improvement, along with revenue increase.

RTPE/ E Commerce – is a solution that puts the power of the CPQ engine on a web site for use by anyone with access including employees, channel partners and/or end users. It pushes all the capability to a self-use mode.

Smart CPQ – CONFIGURE PRICE QUOTE is a powerful configuration and quoting tool that makes every sales person an expert, supports 3D rendering and can support literally thousands of line items on a quote or order.

Opportunity Detection – identifies previously unseen opportunities within your customer base and proactively presents those opportunities to the sales team for review and follow-up. The system identifies declining trends, gaps, white space and other sales opportunities to grow revenue within the base. Underperforming accounts



We help you sell smarter, making buying a better experience, and help you use your own data transformationally

PROS_0000011

CONFIDENTIAL



Show of hands, how many of you all own one of these? More importantly, how often do you use this? When was the last time you bought one? What changed?

While the web transformed the world, smartphones untethered that. Smartphones and apps have completely transformed how we engage with technology and the world around us, and have changed our expectations, as consumers, on our digital experiences.

CONFIDENTIAL



Show of hands, how many of you all own one of these? More importantly, how often do you use this? When was the last time you bought one? What changed?

While the web transformed the world, smartphones untethered that. Smartphones and apps have completely transformed how we engage with technology and the world around us, and have changed our expectations, as consumers, on our digital experiences.

CONFIDENTIAL



Manual approvals, emails, email chains, lack of accountability
Large catalogs make it difficult to know which products to recommend
Inaccurate configurations mean wasted efficiencies
Over discounted pricing and the lack of visibility and control in pricing leads to poor margins and money being left on the tables

CONFIDENTIAL



The number thing to lead to this end is increasing sales effectiveness. If you can measure it, you can manage it. Listen, you're going through this CRM implementation, but at the end of the day, you want to make more money. We want to help pay for this new infrastructure by helping you do faster and more accurate quotes and truly realizing the value of your CRM.

CONFIDENTIAL



First it's about finding the right products to sell and the using our AI system to find other product recommendations to increase the deal size

The next step is creating and managing quotes and getting pricing recommendations to give you visibility into your pricing

You can then analyze your deal for its effectiveness using your own custom scoring and metrics and instantly see just how good of a deal this is. You can empower your sales reps to do the same.

Lastly, delivering on this quote as quickly is key, as time kills all deals. As soon as you're quote's ready, you can generate the documents you need to seal the deal and sync all of the information back to Dynamics or PROS pricing system

CONFIDENTIAL



The benefits are that you're increasing your sales effectiveness – by decreasing the time that it takes to quote, you can see an increase in your win rates, revenue, margins, and total lifetime customer value.

PROS_0000018

## Executing Excellence

1. Uncovering Hidden Opportunities
2. Guided Selling in Smart CPQ
3. Up-selling and Cross-Selling in Smart CPQ
4. Quote Scoring
5. Document Generation in Smart CPQ

PROS_0000019

**Executing Excellence**

1 **Uncovering Hidden Opportunities**
Quick, Actionable Recommendations

2

3

4

5

CONFIDENTIAL

**Executing Excellence**

1 **Uncovering Hidden Opportunities**
   Quick, Actionable Recommendations

2 **Guided Selling in Smart CPQ**
   Finding the Right Products

3

4

5

**Executing Excellence**

**1** Uncovering Hidden Opportunities
   Quick, Actionable Recommendations

**2** Guided Selling in Smart CPQ
   Finding the Right Products

**3** Up-selling and Cross-Selling in Smart CPQ
   Tailored Recommendations

**4**

**5**

CONFIDENTIAL

**Executing Excellence**

1   **Uncovering Hidden Opportunities**
    Quick, Actionable Recommendations

2   **Guided Selling in Smart CPQ**
    Finding the Right Products

3   **Up-selling and Cross-Selling in Smart CPQ**
    Tailored Recommendations

4   **Quote Scoring**
    Smart Approval Workflows

5

PROS_0000023

**Executing Excellence**

**1** Uncovering Hidden Opportunities
Quick, Actionable Recommendations

**2** Guided Selling in Smart CPQ
Finding the Right Products

**3** Up-selling and Cross-Selling in Smart CPQ
Tailored Recommendations

**4** Quote Scoring
Smart Approval Workflows

**5** Document Generation in Smart CPQ
Custom, Dynamic Template-Based Documents

CONFIDENTIAL



Metric on 1PROS Customer Results & Quotes – June 5, 2018
Medtronic, reduced errors, faster quotes, etc. this idea of increasing sales satisfaction



# Smart CPQ Designer

PROS

PROS_0000027



For Interstellar, Christopher Nolan planted 500 acres of corn just for the film because he did not want to CGI the farm in. After filming, he turned it around and sold the corn and made back profit for the budget.

But how is he as a farmer? Specifically, a corn farmer? And WHY is he – or why WAS he – a corn farmer? Taking a peak behind the scenes of his 2014 hit Interstellar explains why he grew a huge field of corn, in a place that doesn't usually support corn, and then sold the corn for an actual profit!

In the script for Interstellar, the setting for the farm was written as being surrounded by corn fields with mountains in the distance. There are not a lot of places in the world, apparently, that can have both. So the filmmakers were taking a $100K gamble to grow corn in Western Canada, outside Calgary, where the film was shot. To be honest, it doesn't seem like THAT big of a risk. Interstellar was a film with a $165 million budget. The craft services were probably more than $100K.

CONFIDENTIAL

## Under the Hood

1 Introducing the Designer Environment

2 Changing an Existing Price

3 Adding a Product to the Catalog

4 Changing Configuration Question Type

5 Changing Approval Logic Based on Score

PROS_0000029

1   Introducing the Designer Environment
    Constraints-Based Configuration

2

Under the Hood   3

4

5

PROS_0000030

**Under the Hood**

1   Introducing the Designer Environment
       Constraints-Based Configuration

2   Changing an Existing Price
       Straightforward Pricing Changes

3

4

5

PROS_0000031

**Under the Hood**

1 Introducing the Designer Environment
  Constraints-Based Configuration

2 Changing an Existing Price
  Straightforward Pricing Changes

3 Adding a Product to the Catalog
  Easily Add Products

4

5

CONFIDENTIAL

**Under the Hood**

1 Introducing the Designer Environment
   Constraints-Based Configuration

2 Changing an Existing Price
   Straightforward Pricing Changes

3 Adding a Product to the Catalog
   Easily Add Products

4 Changing Configuration Question Type
   Flexible Configuration Design

5

CONFIDENTIAL

**Under the Hood**

**1** Introducing the Designer Environment
   Constraints-Based Configuration

**2** Changing an Existing Price
   Straightforward Pricing Changes

**3** Adding a Product to the Catalog
   Easily Add Products

**4** Changing Configuration Question Type
   Flexible Configuration Design

**5** Changing Approval Logic Based on Score
   Intelligent Approval Logic

CONFIDENTIAL

PROS_0000034

## Business Management Software Company

UK-based enterprise software company serving 6M companies in 24 countries.



**Streamlining the product catalog and proposal process for agility and consistency across channels.**

| Challenges | Solutions | Results |
|---|---|---|
| • Fragmented product information made product launches difficult and slow. | • A unified proposal platform for both internal sales and partners. | • Aligned product offerings across sales channels. |
| • Outdated catalogs leading to inconsistencies in product offerings across channels. | • Centralized product catalog for easy launching of new products to all channels. | • Reduced proposal creation time while improving consistency and quality. |
| • Proposals that didn't consistently incorporate the right requirements. | • Proposal integration with Microsoft Dynamics CRM and Zuora. | • Improved time-to-market for new products. |

COMPANY – Enabling Efficient Multi-Channel Selling

As a leading global supplier of business management software solutions, related products, and services principally used by small to medium-sized businesses, COMPANY chose PROS CPQ to simplify and unify sales processes across all of its sales channels.

Business Challenges

Both the CIO and the head of R&D at COMPANY were seeking sales strategies and more efficient tools that would help transform their current "product-oriented" sales model into a "solution" oriented model that would work for in-house sales reps, as well as for resellers. COMPANY needed to develop unified proposals that would encompass services, accounting, and management requirements.  They also had to address multichannel sales inconsistencies and multiple silos of product information that made new product launches difficult, catalogs out-of-date, inconsistent offers, and frequent delays in product time-to-market.  The past solutions they tried were too complex and technical.

PROS Solution

PROS CPQ proposed a new architecture that was agile and simple to transform COMPANY's sales model with the ability to optimize its entire lead-to-revenue sales process through best-in-class automation and execution.  Through a series of workshops, PROS consulted with COMPANY to combine the best solution architecture with the best sales practices.

With PROS CPQ, COMPANY can feature its products in an electronic catalog that helps generate quotes based on multi-criteria searches, such as selected module, volume of users, and price. The solution empowers COMPANY's pre-sales to improve performance and reduce the time required to produce proposals. While maintaining the independence of participating teams, the solution maintains an alignment among all sales channels.

COMPANY uses Microsoft Dynamics as their CRM.

CONFIDENTIAL



Dynamic Price Management for all of your go-to-market channels

PROS_0000036



It's this proven approach that is the reason so many leading enterprises trust PROS to help them power their commerce in the digital economy. We're proud to partner with leading companies across more than 30 industries in more than 55 countries around the globe. We work together to co-create value and deliver the innovation they need to drive their business forward.

PROS_0000037



Dynamic Price Management for all of your go-to-market channels

CONFIDENTIAL



A high level view of PROS Harmonized solutions.

Control – A centralized pricing policy and management system where company-wide pricing strategies are built, maintained and deployed, providing quick and easy access to current and accurate pricing across all channels in a timely and efficient manner.

Guidance – uses AI to optimize the pricing in each transaction. It leverages peer segmentation for customers and products and predicts the customers willingness to pay, providing the seller a price he can quote with confidence that extracts the most value from the transaction while maintaining a high likelihood of close. It integrates seamlessly into you CRM or ordering system. Guidance will deliver 100 to 300 basis points of margin improvement, along with revenue increase.

RTPE/ E Commerce – is a solution that puts the power of the CPQ engine on a web site for use by anyone with access including employees, channel partners and/or end users. It pushes all the capability to a self-use mode.

Smart CPQ – CONFIGURE PRICE QUOTE is a powerful configuration and quoting tool that makes every sales person an expert, supports 3D rendering and can support literally thousands of line items on a quote or order.

Opportunity Detection – identifies previously unseen opportunities within your customer base and proactively presents those opportunities to the sales team for review and follow-up. The system identifies declining trends, gaps, white space and other sales opportunities to grow revenue within the base. Underperforming accounts

CONFIDENTIAL

CONFIDENTIAL



We break down your business into a set of attributes that gets us to the optimal peer group, allows us to calculate the customer's willingness to pay then provide an informed price envelope of Floor, Target and Expert to the sales team integrated into the CPQ tool. Aligner PHX® Humeral Fracture Brace

PROS_0000041



We break down your business into a set of attributes that gets us to the optimal peer group, allows us to calculate the customer's willingness to pay then provide an informed price envelope of Floor, Target and Expert to the sales team integrated into the CPQ tool. Aligner PHX® Humeral Fracture Brace

PROS_0000042



Guidance always works because it focuses only on the highest probability pricing opportunities

That is, customers priced below normal for each microsegment, based on willingness-to-pay attributes

CONFIDENTIAL

# EXHIBIT 2

| From: | Besma Alani <balani@pros.com> |
|---|---|
| Sent: | Monday, December 16, 2019 5:44 PM |
| To: | Michelle Daigle <mdaigle@genetec.com>; Gurdeep Sadera <gsadera@genetec.com>; Claire Mazzini <cmazzini@genetec.com> |
| Cc: | Bill Norris <wnorris@pros.com>; Richard Scott <rscott@pros.com>; Rajiv Kumar <rkumar@pros.com>; John Allessio <jcpa@pros.com>; Robin Wadsworth <rwadsworth@pros.com>; Ann Findlay <afindlay@pros.com>; Tom Shin <tshin@pros.com> |
| Subject: | Genetec Requirements Scoping Session - 12.16 Notes |
| Attach: | Genetec_CPQ_Requirements_withPROSnotes_12.16.xlsx |

Hi Michelle and team,

Thank you so much for taking the time to meet with us this morning. I am attaching the spreadsheet with our notes. I have added a few more columns to reflect SoW reference, scope, and dependencies. I hope this helps.

Please let me know if you need me to jump on the phone with you tonight to discuss further; or if you need me to schedule another call with the entire team. I look forward to hearing from you soon!

Thank you,

Besma Alani | Customer Delivery Manager | Professional Services
Cell: 520.440.0656 | Office: 832.924.4737





DEFENDANT'S
EXHIBIT NO. 15
Melissa Gilmore

CONFIDENTIAL

| PROS Comments | CRM or CPQ | Included in current SOW | In Scope | Requirement | MoSCoW | Phase | Category | Criteria/Requirement |
|---|---|---|---|---|---|---|---|---|
| Yes via D365's managed solution and Smart CPQ versioning | | Built-in | Yes | R21 | | P1 | ALM | Source control, packaging and deployment |
| Yes but not advisable (usually in ERP | | Built-in | Yes | R22 | Must | P1 | Catalogue | CPQ can be used as the product master catalogue via ERP or PIM |
| Yes, catalog is exportable from CPQ into a predefined Excel Content File | | Built-in | Yes | R23 | Should | P1 | Catalogue | Export of product catalogue (pricing, data, description) to a file (eg. XLS or CSV) |
| Yes, catalog is importable into CPQ via predefined Excel Content File | | Built-in | Yes | R24 | Should | P1 | Catalogue | Import of product catalogue (pricing, data) from a file (eg. XLS, CSV) |
| Yes, but need to know exact expectations (toggle between currencies in a single? Display multiple currencies in a single quote?) | | Yes | Yes | R25 | | P1 | Catalogue | Multi-currency support |
| Yes, limited only by lookup capabilities (my assumption is that will Perf Quoting, we can use Control's full lookup capabilities but not price lists) | | Yes | Yes | R26 | ? | P1 | Catalogue | Product and Pricing Models (Static, dynamic, region-specific, industry-specific, account-specific, currency vs geographic) |
| Import is via customer push not via schedule Need to check what we put in the subscription - 100,000 user-based licensing; a visit is defined as user opening a quote, viewing it or modifying it, and closing it | | N/A (Customer) | Yes | R27 | Must (but not 100kFTE) | P1 | Catalogue | Scheduled import of product data, pricing and information from a file |
| | | N/A (License Agreement) | N/A No, Genetec is responsible for CRM work | R28 | Must | P1 | CPF | Concurrent portal licenses |
| This is a function of CRM, not CPQ | CRM dependency | N/A (CRM) | Yes | R29 | Must | P1 | CPF | Project registration request (project = opportunity), special pricing request |
| Yes | | Yes | Yes | R30 | Must | P1 | Discounting | Ability to change both price and discount on specific item, category, account or entire quote |
| Yes; we can trigger approval workflows including indicating that quote should be auto-approved, but customer owns actual approval workflows within CRM (not in CPQ)) CPQ will be hosted on Azure under PROS control, customer's CDM will not be | CRM dependency | Yes (triggers are in scope) | Yes, but Genetec is responsible for CRM work | R31 | Must | P1 | Discounting | Workflow management incl. automated triggering of discount approvals |
| Yes | | N/A for SOW | Yes | R32 | Must | P1 | Infrastructure | Fully hosted solution with option to be hosted on CPQ vendor's servers |
| No; CPQ will only ever be hosted on Azure under PROS control, never on customer's hardware | | N/A for SOW | No | R33 | Should | P1 | Infrastructure | Fully hosted solution with option to be hosted on Genetec's servers |
| Yes (assuming D365 Sales = D365 CRM) | | 1 template in current scope | Yes | R34 | Should | P1 | Integration | OOTB integration to D365 Sales |
| Yes | | Yes | Yes | R35 | Must | P1 | Proposals | Automated creation of proposals based on pre-defined templates (text, images, quotes, etc.) (Document generation) |
| Yes but CAS not in scope | | No | No | R36 | Must | P1 | Quoting | Ability to create calculators within the CPQ |
| Yes | | Yes | Yes | R37 | Must | P1 | Quoting | Ability to push quoted PLM to the CRM |
| Yes | | Yes | Yes | R38 | Must | P1 | Quoting | Creation of BOMs that include pricing (hide pricing for components out bundle |
| This is a built-in capability of D365 (not CPQ | | Built-in | Yes | R39 | Must | P1 | Quoting | Manual selection of products (filtered by SKU) to assist by product, feature, region, or other criteria |
| Yes | | Yes | Yes | R40 | Should | P1 | Quoting | Quote cloning (eg. copy entire create new |
| Yes (Assuming product's summary boxes satisfy this | | Yes | Yes | R41 | Must | P1 | Quoting | Quote creation & management embedded within the CRM app (eg. not a separate pop-up dialog or popup |
| This is a function of CRM, not CPC | CRM functionality | N/A (CRM) | Yes | R42 | Must | P1 | Quoting | Quote header with dashboard (Gross margin, HW vs SW, Overall discount, etc |
| Yes | | Yes | Yes | R43 | Should | P1 | Quoting | Reporting on quotes created by user |
| Yes via Smart CPQ Designer Export file | | Yes | Yes | R44 | Must | P1 | Quoting | Support for unified quoting incl. multiple products, perpetual and SaaS licensing models, servers, hardware & software |
| Configuration exists | | Yes | Yes | R45 | Should | P1 | Reporting | Export of configured rules to a file by product and SKU |
| Yes | | Built-in | Yes | R46 | Must | P1 | RMR | Appropriate handling of subscription revenue items on quote |
| This is a function of CRM, not CPC | CRM functionality | N/A (CRM) | No | R47 | Must | P1 | Security | Ability to set access to products, bundles, SKUs based on user groups, user, role, region, or other criteria |
| This is a function of CRM, not CPC | CRM functionality | N/A (CRM) | No | R48 | Must | P1 | Security | Definition of user access rights & privileges, in addition to inherited rights, with the most restrictive rights prevailing |
| This is a function of CRM, not CPC | CRM functionality | N/A (CRM) | No | R49 | Must | P1 | Security | Detailed privileges per user group and user defining what they can see and do |
| This is a function of CRM, not CPC | CRM functionality | N/A (CRM) | No | R50 | Must | P1 | Security | Inheritance of access rights & privileges based on a hierarchy (User Group, so Users |
| This is a function of CRM, not CPC | CRM functionality | N/A (CRM) | No | R51 | Must | P1 | Security | Roles-based access control & privileges for internal users (Genetec) and external users (shared dealers, end users |
| Yes, subscription includes product support | | N/A (Included in Subscription) | Yes | R52 | Must | P1 | Support | Basic tech support included |
| Yes via Smart CPQ Designer, BUT questionable whether they will consider this sufficiently business-user-friendly | | Built-in | Yes | R53 | Must | P1 | UX | Parts manager or Admin tool (eg. product/pricing admin tool) that can be managed by business user |
| Yes assuming this means quote header | | Yes | Yes | R54 | Must | P1 | UX | Visualization of quote summarize |
| Configuration exists via workflow | | No | No | R55 | Must | P2 | Catalogue | Bundle & kit > A bundle or base package can include both priced items and free items (eg. first 10 devices are free) |
| Yes; bundles are linked skus, with no systematically enforced differentiation between types of SKUs | | Yes | Yes | R56 | Must | P2 | Catalogue | Bundle & kit > Mix collection that include hardware, software, SaaS, perpetual, servers) |
| Yes; bundles defined by associating skus in the catalog via "breakdown" product links | | Yes | Yes | R57 | Must | P2 | Catalogue | Bundle & kit creation and management based on existing products & SKUs in the catalogue |
| Yes; business properties can be defined and varied across "collections" of SKUs | | Yes | Yes | R58 | Must | P2 | Catalogue | Constraint-based rules by product, feature, or SKU such as minimum and maximum quantities, (WIA mandatory |
| Configuration exists via workflow | | No | No | R59 | Must | P2 | Catalogue | Constraint-based rules related to quantities (sold in units of 10 or 100 |
| Yes, can be effected either via catalog structure or business properties | | Yes | Yes | R60 | Must | P2 | Catalogue | Different parts list by region or SI (e.g. if not certification in LFR, LPR items should not appear |
| Yes; catalog can be organized into collections and sub-collection | | Built-in | Yes | R61 | Must | P2 | Catalogue | Hierarchical view & management of catalog by top-level product, sub-products, sub-SKUs and feature |
| Customer owns actual approval workflows within CDM (not in CPQ)(CRM dependency | CRM dependency | N/A (CRM) | No | R62 | Must | P2 | Discounting | Discount approval workflow configuration (both internal and from portal) |
| Yes | | Yes | Yes | R63 | Must | P2 | Discounting | Discount map levels associated to user groups (eg. VPs, Directors, Sellers) and specific users |
| This is a function of CRM, not CPC | CRM functionality | N/A (CRM) | No | R64 | Must | P2 | Discounting | One-click discount approval |
| API Based Integration = We provide APIs for Catalog, Configurator, Quote and Design Environment D365 Portal Integration = We're using the CRM Quote entry so it naturally integrates with the D365 Portals (my assumption is that will work to create a dedicated Web Page Template to embed the CPQ quoting UX | CRM/Integration dependency | Built-in | Yes | R65 | | P2 | Integration | API (eg. REST-based) for Login, Configuration & Rules & User Management, Product Data Management and more |
| | | No | No | R66 | Should | P2 | Integration | D365-D365 Portal integration |
| | | No | No | R67 | Must | P2 | Integration | Synch of all CPQ-related activities (eg. quote generation or issuance) with D365 CRM Activities timeline |
| Yes | | Yes (except only 1 template in current scope) | No | R68 | Must | P2 | Proposals | Assignment of proposal templates for specific products, bundles, regions, or other orders |
| Yes | The attachment of data to catalog items is the responsibility of Genetec, however, the logic that integrates this into the proposal will be handled by | | | | | | | |
| Q1 2020 Roadmap | PROS | No | No | R69 | Should | P2 | Proposals | Automated appending of supporting documents to proposals (eg. datasheets, brochures, design documents) |

| | The attachment of T&C data to catalog items is the responsibility of Genetec, however, the logic that integrates this into the proposal will be handled by | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Yes | PROS | Yes | Yes | 871 | Should | P1 | Proposals | Automatic assignment of pre-defined terms and conditions to quotes by product, region, role, etc. (Ma, region, or other criteria as needed) |
| Yes, entire folders can be duplicated within a quote | | Built-in | Yes | 871 | Should | P2 | Quoting | Copy sections of quotes (e.g. site 1 and site 2 are almost identical, want to copy line 4 from site 1 to site 2) |
| Configuration exists | | No | No | 873 | Must | P2 | Quoting | Guided Selling > Ability to ask user questions (eg. # of facilities, # of drivers, etc.) to then propose products, bundles, & SH |
| Configuration exists, but need clarity on exact expectation (filtering by industry/region, or multiple different GS workflows?) | | No | No | 873 | Must | P3 | Quoting | Guided Selling > Configurable guided selling by product, industry, region, and more |
| Offline = We support offline access via the D365 Mobile Application Note: Quotes will be read mostly, any changes to products and pricing will require connectivity. Note 2: off-line access needs to be configured by the D365 administrator. | | No | No | 874 | Should | P3 | Quoting | Offline mode with write-back to CRM |
| Yes, BUT via Excel export and reimport (Excel "templates" would be stored offline) | | Built-in | Yes | 875 | Should | P2 | Quoting | Quoting templates (for types of system that come as a list) |
| Yes but not advisable (SKUs can be organized into multiple collections, including a collection of all SKUs without hierarch, but expect bad performance) | | Built-in | Yes | 876 | Must | P2 | Quoting | Homepage, dynamic quote summary at center of channel user suite a quote |
| By default, this would be via cloning an existing quote and update | | Yes | Yes | 877 | Should | P2 | BMR | Is there a contract renewal capability (is this simply reading from license, loading into quote, and setting the new dates |
| Yes | | Built-in | Yes | 878 | Must | P3 | Security | Inheritance of access rights & privileges from Account information (eg. CRM |
| Customer can manage their own "rich media" in the catalog | The attachment of data to catalog items is the responsibility of Genetec, however, the logic that integrates this into the proposal will be handled by customer PROS | No [Built-in, but responsibility] | No | 879 | Could | P2 | UX | Visualization of product and SKU-related assets (brochures, datasheets) during quoting |
| Customer can manage their own "rich media" in the catalog | The attachment of data to catalog items is the responsibility of Genetec, however, the logic that integrates this into the proposal will be handled by customer PROS | No [Built-in, but responsibility] | No | 880 | Could | P2 | UX | Visualization of product and specific SKUs during quote session (eg. images) |

# EXHIBIT 3

| PROS Comments | CRM or CPQ | Included in current SOW | In Scope | Requirement | MoSCoW | Phase | Category | Criteria/Requirement |
|---|---|---|---|---|---|---|---|---|
| Yes via D365's managed solution and Smart CPQ versioning | | Built-in | Yes | R21 | | P1 | ALM | Source control, packaging and deployment |
| Yes but not advisable (usually in ERP) | | Built-in | Yes | R22 | Must | P1 | Catalogue | CPQ can be used as the product master catalogue iso ERP or PIM |
| Yes, catalog is exportable from CPQ into a predefined Excel Content File | | Built-in | Yes | R23 | Should | P1 | Catalogue | Export of product catalogue (pricing, data, description) to a file (eg. XLS or |
| Yes, catalog is importalbe into CPQ via predfined Excel Content File | | Built-in | Yes | R24 | Should | P1 | Catalogue | Import of product SKUs, pricing, description from a file (eg. XLS, CSV) |
| Yes, but need to know exact expectations (toggle between currencies in a single? Display multiple currencies in a single | | Yes | Yes | R25 | Must | P1 | Catalogue | Multi-currency support |
| Yes, limited only by lookup capabilities [my assumption is that with Perf Quoting, we can use Control's full lookup | | Yes | Yes | R26 | ? | P1 | Catalogue | Price List and Pricing Models (static, dynamic, region-specific, industry-specific, account-specific, centeral vs. |
| Import is via customer push not via schedule | | N/A [Customer] | No | R27 | Must (but no | P1 | Catalogue | Scheduled import of product data, pricing and information from a file |
| Need to check what we put In the subscription - 100,000 visit-based licensing; a visit is defined as user opening a quote, viewing it or modifying it, and | | N/A [License Agreement] | N/A | R28 | Must | P1 | CPP | Concurrent portal licenses |
| This is a function of CRM, not CPQ | CRM dependency | N/A [CRM] | No, Genetec is responsible for CRM work | R29 | Must | P1 | CPP | Project registration request (project = opportunity), special pricing request |
| Yes | | Yes | Yes | R30 | Must | P1 | Discounting | Ability to change both price and discount on specific item, category, section or entire quote? |
| Yes; we can trigger approval workflows including indicating that quote should be auto-approved, but customer owns actual approval workflows within CRM (not in CPQ)) | CRM dependency | Yes [triggers are in scope] | Yes, but Genetec is responsible for CRM work | R31 | Must | P1 | Discounting | Workflow management incl. automated triggering of discount approvals |
| CPQ will be hosted on Azure under PROS control; customer's CDM will not be | | N/A for SOW | Yes | R32 | Must | P1 | Infrastructure | Fully hosted solution with option to be hosted on CPQ vendor's servers |
| No; CPQ will only ever be hosted on Azure under PROS control , never on customer's | | N/A for SOW | No | R33 | Should | P1 | Infrastructure | Fully hosted solution with option to be hosted on Genetec's servers |
| Yes [assuming D365 Sales = D365 CRM] | | Built-in | Yes | R34 | Should | P1 | Integration | OOTB Integration to D365 Sales |

| PROS Comments | CRM or CPQ | Included in current SOW | In Scope | Requirement | MoSCoW | Phase | Category | Criteria/Requirement |
|---|---|---|---|---|---|---|---|---|
| Yes | | 1 template in current scope | Yes | R35 | Must | P1 | Proposals | Automated creation of proposals based on pre-defined templates (text, images, quotes, etc.) (Document generation) |
| Yes but C4S not in scope | | No | No | R36 | Must | P1 | Quoting | Ability to create calculators within the |
| Yes | | Yes | Yes | R37 | Must | P1 | Quoting | Ability to push quoted Part # to CRM |
| Yes | | Yes | Yes | R38 | Must | P1 | Quoting | Creation of BOMs that exclude pricing (hide pricing for components of bundle) |
| Yes | | Yes | Yes | R39 | Must | P1 | Quoting | Manual selection of products & SKUs to upsell by product, feature, region, or other criteria |
| This is a built-in capability of D365 (not | | Built-in | Yes | R40 | Should | P1 | Quoting | Quote cloning (eg. copy-paste-create |
| Yes | | Built-in | Yes | R41 | Must | P1 | Quoting | Quote creation & management embedded within the CRM app (eg. not a separate pop-up dialog or portal) |
| Yes (Assuming product's summary boxes satisfy this) | | Yes | Yes | R42 | Must | P1 | Quoting | Quote header with dashboard (Gross margin, HW vs SW, Overall discount, etc) |
| This is a function of CRM, not CPQ | CRM functionality | N/A [CRM] | No | R43 | Should | P1 | Quoting | Reports on quotes created by user |
| Yes | | Yes | Yes | R44 | Must | P1 | Quoting | Support for unified quotes (eg. multiple products, perpetual and SaaS licensing models, servers, hardware & software) |
| Yes via Smart CPQ Desinger Export file | | Built-in | Yes | R45 | Should | P1 | Reporting | Export of configured rules to a file by product and SKU |
| Configuration exists | | No | No | R46 | Must | P1 | RMR | Appropriate handling of subscription revenue items on quote. |
| Yes | | Built-in | Yes | R47 | Must | P1 | Security | Ability to set access to products, bundles, SKUs based on user group, user, role, region, or other criteria |
| This is a function of CRM, not CPQ | CRM functionality | N/A [CRM] | No | R48 | Must | P1 | Security | Customization of user access rights & privileges, in addition to inherited rights, with the most restrictive rights prevailing |
| This is a function of CRM, not CPQ | CRM functionality | N/A [CRM] | No | R49 | Must | P1 | Security | Detailed privileges per user group and user defining what they can see and do |
| This is a function of CRM, not CPQ | CRM functionality | N/A [CRM] | No | R50 | Must | P1 | Security | Inheritance of access rights & privileges based on a hierarchy (User Groups to Users) |
| This is a function of CRM, not CPQ | CRM functionality | N/A [CRM] | No | R51 | Must | P1 | Security | Roles-based access control & privileges for internal users (Genetec) and external users (channel/dealers, end users) |

| PROS Comments | CRM or CPQ | Included in current SOW | In Scope | Requirement | MoSCoW | Phase | Category | Criteria/Requirement |
|---|---|---|---|---|---|---|---|---|
| Yes, subscription includes product support | | N/A [Included in Subscription] | Yes | R52 | Must | P1 | Support | Basic tech support included |
| Yes via Smart CPQ Designer, BUT questionable whether they will consider this sufficiently business-user-friendly | | Built-in | Yes | R53 | Must | P1 | UX | Parts manager or Admin tool (eg. product/pricing admin tool) that can be managed by business user |
| Yes assuming this means quote header | | Yes | Yes | R54 | Must | P1 | UX | Visualization of quote summaries |
| Configuration exists via workflow | | No | No | R55 | Must | P2 | Catalogue | Bundle & kit > A bundle or base package can include both priced items and free items (eg. first 10 devices are free) |
| Yes; bundles are linked skus, with no systematically enforced differentiation between types of SKUs | | Yes | Yes | R56 | Must | P2 | Catalogue | Bundle & kit > Mixed bundles that include hardware, software, SaaS, perpetual, servers) |
| Yes; bundles defined by associating skus in the catalog via "breakdown" product links | | Yes | Yes | R57 | Must | P2 | Catalogue | Bundle & Kit creation and management based on existing products & SKUs in the catalogue |
| Yes; business properties can be defined and varied across "collections" of SKUs | | Yes | Yes | R58 | Must | P2 | Catalogue | Constraint-based rules by product, feature, or SKU such as minimum and maximum quantities, SMA mandatory |
| Configuration exists via workflow | | No | No | R59 | Must | P2 | Catalogue | Constraint-based rules related to quantities (sold in units of 10 or 100) |
| Yes; can be effected either via catalog structure or business properties | | Yes | Yes | R60 | Must | P2 | Catalogue | Different parts list by region or SI (e.g. if not certified on LPR, LPR items should not appear) |
| Yes; catalog can be organized into collections and sub-collections | | Built-in | Yes | R61 | Must | P2 | Catalogue | Hierarchical view & management of catalog by top-level product, sub-products, sub-SKUs and features |
| Customer owns actual approval workflows within CDM (not in CPQ)) | CRM dependency | N/A [CRM] | No | R62 | Must | P2 | Discounting | Discount approval workflow configuration (both internal and from customer) |
| Yes | | Yes | Yes | R63 | Must | P2 | Discounting | Discount max levels associated to user groups (eg. VPs, Directors, Sellers) and specific users. |
| This is a function of CRM, not CPQ | CRM functionality | N/A [CRM] | No | R64 | Should | P2 | Discounting | One click discount approval |
| API Based Integration = We provide APIs for Catalog, Configurator, Quote and Design Environment | | Built-in | Yes | R65 | Must | P2 | Integration | API (eg. REST-based) for Login, Configuration & Rules & User Management, Product Data Management and more |

| PROS Comments | CRM or CPQ | Included in current SOW | In Scope | Requirement | MoSCoW | Phase | Category | Criteria/Requirement |
|---|---|---|---|---|---|---|---|---|
| D365 Portal Integration = We're using the CRM Quote entity so it naturally integrates with the D365 Portals. It'll require some project work to create a | CRM/Integration dependency | No | No | R66 | Should | P2 | Integration | D365 OOTB Portal integration |
| | | No | No | R67 | Must | P2 | Integration | Synch of all CPQ-related activities (eg. quote generation or issuance) with D365 CRM Activities timeline |
| Yes | | Yes [except only 1 template in current scope] | Yes | R68 | Must | P2 | Proposals | Assignment of proposal templates for specific products, bundles, regions, or other criteria |
| Q1 2020 Roadmap | The attachment of data to catalog items is the responsibily of Genetec, however, the logic that integrates this into the | No | No | R69 | Should | P2 | Proposals | Automated appending of supporting documents to proposals (eg. datasheets, brochures, design documents) |
| Yes | The attachment of T&C data to catalog items is the responsibilty of Genetec, however, the logic that integrates this into the proposal will be | Yes | Yes | R70 | Should | P2 | Proposals | Automatic assignment of pre-defined terms and conditions to quotes by product, specific SKUs, region, or other criteria as needed |
| Yes; entire folders can be duplicated within a quote | | Built-in | Yes | R71 | Should | P2 | Quoting | Copy sections of quotes (e.g. site 1 and site 2 are almost identical, want to copy to reduce labour) |
| Configuration exists | | No | No | R72 | Must | P2 | Quoting | Guided Selling > Ability to ask user questions (eg. # of facilities, # of devices, etc.) to then propose products, bundlers, & SKUs |
| Configuration exists, but need clarity on exact expectation (filtering by industry/region, or multiple different GS | | No | No | R73 | Must | P2 | Quoting | Guided Selling > Configurable guided selling by product, industry, region, and more |

| PROS Comments | CRM or CPQ | Included in current SOW | In Scope | Requirement | MoSCoW | Phase | Category | Criteria/Requirement |
|---|---|---|---|---|---|---|---|---|
| Offline = We support offline access via the D365 Mobile Application. Note: Quotes will be read mostly, any changes to products and pricing will require connectivity. Note 2: off-line access needs | | No | No | R74 | Should | P2 | Quoting | Offline mode with write back to CRM |
| Yes, BUT via Excel export and reimport (Excel "templates" would be stored | | Built-in | Yes | R75 | Should | P2 | Quoting | Quoting templates (for types of system that come up a lot) |
| Yes but not advisable (SKUs can be organized into multiple collections, including a collection of all SKUs without | | Built-in | Yes | R76 | Must | P2 | Quoting | Same-page, dynamic quote summary as seller or channel user builds a quote |
| By default, this would be via cloning an existing quote and updating | | Yes | Yes | R77 | Should | P2 | RMR | Is there a contract renewal capability (is this simply reading from license, loading into quote, and setting the new dates?) |
| Yes | | Built-in | Yes | R78 | Must | P2 | Security | Inheritance of access rights & privileges from Account information (eg. CRM) |
| Customer can manage their own "rich media" in the catalog | The attachment of data to catalog items is the responsibilty of Genetec, however, the logic that integrates this into the | No [Built-in, but customer responsibility] | No | R79 | Could | P2 | UX | Visualization of product and SKU-related assets (brochures, datasheets) during quoting |
| Customer can manage their own "rich media" in the catalog | The attachment of data to catalog items is the responsibilty of Genetec, however, the logic that integrates this into the | No [Built-in, but customer responsibility] | No | R80 | Could | P2 | UX | Visualization of product and specific SKUs during quote creation (eg. images) |

# EXHIBIT 4

## SUBSCRIPTION AND SERVICES AGREEMENT

**1.   SUBSCRIPTION.**

CONFIDENTIAL

PROS_0012158

reasonable prior written request from Genetec, which shall not be given more than once every 12 calendar months, allow Genetec internal and/or external auditors who are reasonably acceptable to PROS to access PROS' premises during business hours, subject to appropriate confidentiality measures and policies generally applicable to a person's access to PROS' premises, to validate PROS' compliance with PROS' privacy obligations set out in this Agreement and to audit accounting records to verify the accuracy in the invoicing of Professional Services billed on a time and materials basis. If such audit uncovers an undisputed overcharge of fees and/or a material breach of PROS' obligations, PROS will (i) reimburse Genetec for the cost of performing the audit; (ii) reimburse Genetec for such overcharge; and (iii) promptly correct such identified material breach. In the event PROS' then-current SOC 2 audit report, ISO 27001 Certification or other comparable industry-standard successor report or certification are not renewed, PROS will reasonably cooperate with security assessment activities that Genetec may undertake from time to time in connection with PROS' performance under this Agreement, and will address in such assessments.

1.9   Background Checks.

(A) For the purpose of this section, "***Background Check***" shall mean a background investigation performed on PROS employees (together "**PROS personnel**") within the limits permitted under the applicable law by a reputable investigative agency that conducts background checks utilizing database checking, field checking, and interviews as needed. Such Background Check shall include:

   i)   A verification of the criminal history that will consist of a federal and state or provincial check for felony criminal convictions (or the equivalent thereof under applicable law) in all locations where the assigned PROS personnel has resided, has been employed, or has attended school in the immediately preceding seven (7) years. This criminal history check shall include, to the extent available and permitted by applicable law, a check for outstanding warrants and a check for pending felony charges in all locations. Statewide county searches shall be performed in all states where such search mechanism is available without requiring specialized data (such as fingerprints or DNA), and the National Criminal File database shall also be searched.

   ii)  A verification of the PROS personnel against the National/State Sex Offender Registry (http://www.familywatchdog.us/ with no state selected) or the equivalent, to yield a national and all-states search.

   iii) A verification of the highest college diploma, degree or certificate earned.

   iv)  A verification of the employment history for the two (2) most recent employers for the previous five (5) years of employment and military service, or less if the PROS personnel was a full-time student during that period.

   v)   A verification of the name to which PROS personnel's Social Security Number is attributed.

   vi)  A verification of the PROS personnel's citizenship, most recent country of permanent residence, and legal right to work in the jurisdiction in which the PROS personnel will be performing services for Genetec.

(B) For any period of time encompassed in the foregoing Background Check requirement when PROS personnel were resident outside of the United States, the criminal convictions check shall include the equivalent, under relevant non-US law, of those convictions described in paragraph 7.3(A) above.

(C) PROS shall cause a Background Check to be completed on all assigned PROS personnel (i) who have access to Genetec Confidential Information, prior to such access; and (ii) who will perform support services or Professional Services. PROS shall certify to Genetec in writing, upon Genetec's written

request, that it has met the Background Check requirements for all PROS personnel then assigned to provide services to Genetec. PROS will comply with all applicable laws in conducting the Background Check specified herein, including but not limited to securing from each assigned PROS personnel written consent to perform the Background Check specified herein and to confirm with Genetec that such PROS personnel passed the background check standards of PROS upon Genetec's written request. Without limitation of the foregoing, PROS will make all written disclosures to and obtain written consent from each PROS personnel to obtain consumer reports as defined in and required by the Fair Credit Reporting Act.

(D) PROS shall not assign PROS personnel to provide such services hereunder if such PROS personnel:

   i)   has been convicted of a felony (or the equivalent thereof under relevant law) within the last seven (7) years which PROS concludes the circumstances of which are directly job-related to the assignment at Genetec and therefore makes the PROS personnel unsuitable for that assignment at Genetec, or for whom a warrant is outstanding, or for whom a felony charge is currently pending when such charge makes him/her unsuitable for assignment at Genetec. The foregoing shall not apply to a minor traffic violation (a moving traffic violation other than, but only to the extent in each case such violation is a felony, reckless driving, hit and run, driving to endanger, vehicular homicide, driving while intoxicated or other criminal offense involving gross negligence, recklessness, intentional or willful misconduct while operating a motor vehicle), to a conviction that has been legally expunged; or

   ii)  is on the national or any state Sex Offender Registry which PROS concludes the circumstances of which are directly job-related to the assignment at Genetec and therefore makes the PROS personnel unsuitable for that assignment at Genetec; or

   iii) does not have the legal right to work in the jurisdiction in which the PROS personnel will be performing services for Genetec; or

   iv)  the results of any Background Check, or PROS' actual knowledge, indicate that such PROS personnel may pose a threat to Genetec's property, employees, Users, and Confidential Information or such PROS personnel would be otherwise unsuitable for assignment, including any training for the services to be provided to Genetec.

(E) RESERVED.

(F) Where commercially reasonably feasible, PROS shall, in its contracts with all subcontractors in the provision of Professional Services to Genetec, require substantially similar obligations with respect to background checks.

1.10   Subcontractors. PROS will ensure that each subcontract used in the performance of its obligations hereunder is in writing and contains, at a minimum, provisions reasonably necessary to enable PROS to comply with its own obligations under this Agreement. The delegating or subcontracting of all or any part of PROS' obligations set out in this Agreement to any subcontractor will not relieve PROS from any obligation or liability under this Agreement and PROS will remain responsible for the performance of all or any part of its obligations set out in this Agreement to the same extent as if such obligations were performed by PROS. Any breach of this Agreement by any subcontractor will be deemed to be a breach of this Agreement by PROS. If PROS becomes aware of any Security Breach under a PROS subcontract, PROS will promptly notify Genetec in writing and provide Genetec with such information relating to such Security Breach as Genetec may reasonably request.

**2.   FEES.**

2.1   Fees. Genetec will pay all fees for the subscription to the Application and Professional Services as set forth herein or on the applicable Order(s) and/or SOW(s), except for those disputed in

good faith by Genetec which shall become payable solely after the resolution of such dispute by the Parties. Payment obligations are irrevocable and non-cancellable, and any fees paid are non-refundable, except as set forth in Sections 5.4 and 8.3.

2.2   _Invoices_. PROS will invoice Genetec for Application subscription fees for the first year of the Subscription Term on or after the effective date(s) indicated in the relevant Order, and for any subsequent year of the Subscription Term, in advance of each such annual period on a date which will cause such fees to become due and payable the week prior to the commencement of such annual period. PROS will invoice Genetec for Professional Services fees as set forth in the applicable SOW. Invoices will be issued electronically to the 'invoicing contact' identified in the applicable Order or SOW.

2.3   _Payment_. Except for any invoiced amounts disputed in good faith by Genetec, invoices are payable upon receipt and are past due if not paid within sixty (60) days from the date of invoice. Genetec will pay any reasonable legal fees or other costs incurred by PROS to collect any such undisputed delinquent amounts. Genetec may not withhold (except as a result of a reasonable and good faith dispute of invoiced amounts communicated to PROS in writing prior to the due date) or offset fees due to PROS for any reason.

2.4   _Taxes_. Fees are exclusive of Taxes, and Genetec will be solely responsible for the payment of all such Taxes (other than Taxes computed on the basis of the net income of PROS). If any applicable law requires Genetec to withhold amounts from any payments to PROS hereunder, (i) Genetec will effect such withholding and remit such amounts, and (ii) the sum payable by Genetec upon which the deduction or withholding is based may be increased to the extent necessary to ensure that, after such deduction or withholding, PROS receives and retains, free from liability for such deduction or withholding, a net amount equal to the amount PROS would have received and retained in the absence of such required deduction or withholding. Upon request, Genetec will provide PROS evidence that any withheld amounts have been remitted to the applicable governmental authority. If a resale certificate or other certificate or document of exemption is required in order to exempt the Application subscription from any tax liability, Genetec will furnish such certificate or document to PROS within thirty (30) days of the Effective Date. Genetec will promptly provide PROS with any changes in the status of such resale certificate.

3.   **PROFESSIONAL SERVICES.**

3.1   _Professional Services_. During the Subscription Term, PROS will provide the Professional Services as described in an applicable SOW. PROS is not responsible for any delay in, or failure to provide the Professional Services, to the extent attributed to Genetec, to third parties retained by Genetec or to any other third party which is not PROS agents or contractors.

3.2   _Expenses_. Genetec will reimburse PROS for all reasonable travel and subsistence expenses computed at the rates specified in the applicable SOW for non-local travel, and airfare, meals and other out-of-pocket expenses, provided that PROS shall submit to Genetec for prior written approval an estimate of any such expenses (which estimate shall not be exceeded by more than five percent (5%) in the related invoice); provided that PROS shall not be required to travel for any Professional Services for which it does not receive such approval from Genetec. Genetec may agree that business class airfare is reasonable based on relevant circumstances, namely for all required single flights by PROS personnel that is over eight (8) hours.

3.3   _Work Product_. A SOW may identify any work product to be prepared as a result of the performance of the Professional Services ("**Work Product**"). All right, title and interest in and to any Work Product will remain in PROS. PROS grants Genetec a non-exclusive, non-sublicensable, non-transferable license to use, execute, reproduce, display, perform and distribute the Work Product, solely during the applicable Subscription Term and for Genetec's own internal business purposes. Genetec will

reproduce the copyright notice and any other legend of ownership on any copies made under the license granted in this Section 3.3.

3.4   _Purchase Orders_. Where the Professional Services do not require the creation of Work Product, Genetec may purchase such Professional Services from PROS by issuing a purchase order that (i) references this Agreement, and (ii) is accepted by PROS (a "**Purchase Order**"). All accepted Purchase Orders will be deemed to be SOWs hereunder, any additional or conflicting terms or conditions contained in Purchase Orders will be disregarded, null and void, and the terms of the Agreement will govern all Purchase Orders.

3.5   _Content_. Each SOW or Work Order shall contain, at the minimum, and to the extent applicable to the relevant SOW or Work Order, the following information: (i) a description of in-scope work; (ii) [Reserved]; (iii) a timeline; (iv) a list of assumptions, dependencies and constraints; (v) the specific, key responsibilities of Genetec for clarification only; (vi) the name and contact information of each Party's point of contact for the SOW or Work Order (which may be changed subject to written notice); (vii) detailed Professional Services fees; and (viii) a reference to this Agreement. Any change to an SOW or Work Order will be handled through the PROS change control process set forth at: pros.com/changecontrol. Any additional work beyond the scope of an SOW or Work Order will be handled in a change order or additional SOW or Work Order, which will not be effective until signed by both Parties.

4.   **REPRESENTATIONS AND WARRANTIES.**

4.1   _Authorization; Execution; Compliance_. Each Party hereby represents to the other that (a) it has full right, power and authority to enter into this Agreement and to perform all of its obligations hereunder; (b) this Agreement constitutes its valid and binding obligation, enforceable against it in accordance with its terms; and (c) its execution, delivery and performance of this Agreement will not result in a breach of any material agreement or understanding to which it is a party. PROS convenants that it will comply with all applicable laws and regulations applicable to it as a SaaS provider in the jurisdictions in which it operates and covenants that it will take efforts to ensure that its employees, officers, directors, authorized agents and subcontractors shall comply with laws and regulations applicable to such persons in their official capacities in the performance of PROS obligations under this Agreement.

4.2   _Application_. PROS warrants that, throughout the Subscription Term, the Application will conform in all material respects to the specifications set forth in the Documentation. Genetec's sole and exclusive remedy under this warranty will be limited to PROS using commercially reasonable efforts to promptly correct any non-conformance and deploy a corrected version of the Application at issue under the subscription for the Application. If PROS is unable to correct such non-conformance, Genetec may terminate the applicable Order within the following two months, in accordance with Section 8.

4.3   _Support and Professional Services_. PROS warrants that all Professional Services will be performed in a professional manner using reasonable care and skill. If within one hundred twenty (120) days of the completion of any Professional Services, Genetec notifies PROS that Professional Services were not performed as warranted in this Section 4.3 and provides details regarding such deficiency, then PROS will re-perform deficient Professional Services at no charge to Genetec. Such re-performance will be Genetec's sole and exclusive remedy and PROS' sole obligation under this warranty. PROS covenants that (i) it will use adequate numbers of qualified personnel to perform its support and Professional Service obligations under this Agreement and the applicable SOW or Work Order; and (ii) all Professional Services will be performed in material conformance with the applicable SOW or Work Order. PROS personnel assigned to perform the Professional Services on-site at Genetec will at all times comply with Genetec's generally applicable security rules

CONFIDENTIAL                                                                                      PROS_0012130

and regulations and any other rules governing access to Genentech's premises.

4.4 Warranty Disclaimers. [illegible] IN THIS SECTION 4 ARE THE SOLE AND EXCLUSIVE WARRANTIES GIVEN BY PROS AND TO THE EXTENT ALLOWED BY APPLICABLE LAW, PROS MAKES NO [illegible] WARRANTIES, [illegible] AND EXPRESSLY [illegible] MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, SATISFACTORY QUALITY AND NON-INFRINGEMENT. PROS DOES NOT WARRANT THAT (A) THE APPLICATION IS ERROR FREE, (B) GENENTECH [illegible] (C) [illegible] WHERE THE APPLICATION IS SECURE AND NOT SUSCEPTIBLE TO INTRUSION, ATTACK OR COMPUTER VIRUS INFECTION.

5. INDEMNIFICATION.

5.1 PROS Indemnification. PROS will defend, indemnify and hold Genentech harmless from losses resulting from any claims brought by unaffiliated third parties against Genentech (i) alleging that use of the Application as permitted herein infringes or misappropriates any intellectual property rights of any third party, (ii) related to any bodily injury or death of any person or damage to tangible property arising from the acts or omissions of PROS or PROS personnel in connection with the performance of Professional Services or (iii) related to a Security Breach which results from a breach by PROS of its obligations in [illegible] and which results in unauthorized acquisition, loss or misuse of Confidential Information of Genentech's vendors, partners, distributors, resellers and customers.

5.2 Genentech Indemnification. Genentech will defend, indemnify and hold PROS harmless from losses resulting from any claims brought by unaffiliated third parties against PROS (i) alleging that Genentech Data, or Genentech's use of the Application in breach of this Agreement, infringes or misappropriates the intellectual property rights of any third party, or (ii) related to any bodily injury or death or damage to tangible property [illegible] in breach of Clauses (i), (ii), (iv), (v) or (ix) of Section [illegible] of this Agreement.

5.3 Conditions Precedent. Each Party's obligations under Sections 5.1 and 5.2 are expressly conditioned on the Party seeking indemnification (a) providing prompt notice of the claim, (b) giving sole control of the defense and settlement of the claim to the other Party, (c) reasonably cooperating with the Party in charge of the defense and [illegible] and (d) not compromising or settling such claim in any way or taking any action or making any admissions with respect to such claim without the defending Party's prior written consent (which consent must not be unreasonably withheld).

5.4 Remedies. Should the Application become, or in the opinion of PROS, be likely to become the subject of a claim of infringement of any third party's intellectual property rights, PROS may at its option and at no cost to Genentech (i) procure for Genentech the right to continue to use the Application, (ii) replace or modify the Application to make it non-infringing and functionally equivalent, or, only if neither of the foregoing remedies can be provided under commercially reasonable terms, (iii) terminate the subscription to such Application and refund to Genentech any pre-paid subscription fees attributed to the remainder of the Subscription Term.

5.5 Exceptions. PROS will have no liability for any claim based on (a) use of the Application in combination with any software, hardware, network or system not supplied by or approved by PROS where the claim relates to such combination, (b) Genentech Data, (c) any modification or alteration of the Application other than by PROS or its subcontractors, (d) Genentech's continuing infringing activity after being informed in writing of such alleged infringement, or (e) use of the Application not in accordance with the Documentation.

5.6 No Additional Liability. [illegible] EACH PARTY'S ENTIRE LIABILITY WITH RESPECT TO THIRD PARTY CLAIMS DESCRIBED IN Sections 5.1 and 5.2.

5.7 Data Privacy Remediation Obligations. If unauthorized disclosure of or access to Personal Data is caused by PROS' breach of its security obligations under this Agreement, PROS will pay the reasonable and documented costs incurred by Genentech in connection with the following items where and to the extent required by applicable data privacy laws: (a) reasonable costs of any required forensic investigation to determine the cause of the breach, (b) reasonable costs for notifying the Security breach to applicable government and relevant industry self-regulatory agencies, to the media and to individuals whose Personal Data have been disclosed and/or accessed ("Affected Individuals"), (c) reasonable costs for providing credit monitoring services to Affected Individuals for a period of one year after the date on which such individuals were notified of the unauthorized disclosure or access to such individuals' data [illegible] credit monitoring services; and (d) reasonable costs for operating a call center to respond to questions from Affected Individuals for a period of one year after the date on which such individuals were notified [illegible]. Notwithstanding the foregoing or anything in this Agreement to the contrary, PROS shall have no responsibility to pay costs of remediation to the extent they are due to gross negligence, willful misconduct or unlawful acts by Genentech [illegible] or [illegible] subcontractors or [illegible] parties.

6. LIMITATION OF LIABILITY.

6.1 Exclusions. EXCEPT FOR THE PARTIES' RESPECTIVE INDEMNIFICATION OBLIGATIONS UNDER SECTION 5 (EXCEPT PROS' OBLIGATIONS UNDER SECTION 5.1(III)), OR BREACHES OF CLAUSES (II), (III), (IV), (V), (VII), OR (IX) OF SECTION 1.4, IN NO EVENT WILL EITHER PARTY BE LIABLE TO THE OTHER UNDER THIS AGREEMENT OR OTHERWISE UNDER ANY THEORY, INCLUDING CONTRACT AND TORT, FOR ANY LOSS OF PROFITS, COST OF COVER, INDIRECT, SPECIAL OR INCIDENTAL, CONSEQUENTIAL, EXEMPLARY, OR PUNITIVE DAMAGES, INCLUDING (BUT NOT LIMITED TO) DAMAGES FOR LOSS OF DATA, LOSS OF USE, LOSS OF GOODWILL OR LOSS OF BUSINESS, EVEN IF SUCH PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. THE FOREGOING EXCLUSION WILL NOT APPLY TO THE EXTENT PROHIBITED BY LAW. THE EXCLUSIONS SET FORTH IN THIS SECTION 6.1 WILL NOT APPLY TO DAMAGES CAUSED BY THE WILLFUL MISCONDUCT OR GROSS NEGLIGENCE OF A PARTY (WHERE WILLFUL MISCONDUCT IS CONSTRUED TO MEAN CONDUCT AUTHORIZED, CONDONED OR RATIFIED BY RESPONSIBLE MANAGEMENT, AND GROSS NEGLIGENCE, A CONSCIOUS AND BLATANT DISREGARD OF THE NEED TO USE REASONABLE CARE (AND NOT MERELY A FAILURE TO EXERCISE REASONABLE CARE), WHICH IS LIKELY TO CAUSE FORESEEABLE GRAVE INJURY OR HARM TO PERSONS, PROPERTY, OR BOTH).

6.2 Liability Limit. NOTWITHSTANDING ANYTHING TO THE CONTRARY IN THIS AGREEMENT, EACH PARTY'S LIABILITY FOR ANY DAMAGES ARISING OUT OF OR RELATED TO THIS AGREEMENT WILL BE LIMITED TO (A) THE FEES PAID BY GENENTECH TO PROS UNDER THE APPLICABLE ORDER OR SOW, IN CONNECTION WITH WHICH LIABILITY ARISES, DURING THE TWELVE (12) MONTH PERIOD PRECEDING THE INCIDENT GIVING RISE TO LIABILITY AND (B) THE GREATER OF THREE (3X) TIMES THE AMOUNT SPECIFIED IN SUBSECTION 6.2(A) OR US$1,000,000 WITH RESPECT TO PROS' INDEMNIFICATION OBLIGATION IN SECTION 5.1(III), BREACHES OF SECTION 7.2, SECTION 7.3, OR A SECURITY BREACH WHICH OCCURS AS A RESULT OF PROS' BREACH OF SECTION 1.6. THE FOREGOING LIMITATION WILL NOT APPLY TO THE EXTENT PROHIBITED BY LAW. THE EXCLUSIONS SET FORTH IN THIS SECTION 6.2 WILL NOT APPLY TO DAMAGES CAUSED BY (A) THE PARTIES' RESPECTIVE INDEMNIFICATION OBLIGATIONS UNDER SECTION 5 (EXCEPT PROS' OBLIGATIONS UNDER SECTION 5.1(III)); (B) GENENTECH'S PAYMENT OBLIGATIONS; (C) BREACHES OF CLAUSES (II), (III), (IV), (V), (VII), OR (IX) OF SECTION 1.4; AND (D) THE WILLFUL MISCONDUCT OR GROSS NEGLIGENCE OF A PARTY, WHERE WILLFUL MISCONDUCT IS CONSTRUED TO MEAN CONDUCT AUTHORIZED, CONDONED OR RATIFIED BY RESPONSIBLE MANAGEMENT, AND GROSS NEGLIGENCE, A CONSCIOUS AND BLATANT DISREGARD OF THE NEED TO USE REASONABLE CARE (AND NOT MERELY A FAILURE TO EXERCISE

**REASONABLE CARE) WHICH IS LIKELY TO CAUSE FORESEEABLE GRAVE INJURY OR HARM TO PERSONS, PROPERTY, OR BOTH.**

### 7. PROPRIETARY INFORMATION.

7.1   <u>Intellectual Property</u>. Genetec retains all right, title and interest in and to all Genetec Data. Genetec grants PROS a worldwide, non-exclusive, irrevocable, royalty-free, perpetual license to (i) aggregate Genetec Data during the Subscription Term with other data to create Anonymous Aggregated Data; and (ii) use, modify, distribute, and create derivative works of Anonymous Aggregated Data. PROS will only utilize Anonymous Aggregated Data to operate and improve PROS business, products and services. PROS retains all right, title, interest and intellectual property and proprietary rights in and to the Application, Operational Data, Documentation and Professional Services, including all copies and derivative works thereof (by whomever produced), any and all suggestions, recommendations, enhancement requests, or other feedback provided by Genetec in connection with this Agreement; provided that such right, title, interest and intellectual property and proprietary rights of PROS do not extend to Genetec Data, and Genetec retains ownership to all Genetec Data embodied therein. Genetec will not acquire any rights therein by implication, estoppel or otherwise.

7.2   <u>Confidentiality</u>.

(A)   Receiving Party will use Confidential Information solely in performance of this Agreement, and will not disclose any Confidential Information other than as permitted or required for discharging its obligations under this Agreement, except with Disclosing Party's prior written permission. Receiving Party will protect the confidentiality of Confidential Information by exercising the same degree of care with which it protects its own information of a similar nature, but no less than a reasonable degree of care, and will limit the use of, and access to, Confidential Information to those individuals whose use or access is necessary in order to perform under this Agreement and who have entered into a written confidentiality and non-disclosure agreement or are bound by professional obligations of confidentiality with terms covering the protection of Confidential Information that are substantially similar to those set out in this Section 7.2.

(B)   Confidential Information will not be deemed proprietary or confidential, and Receiving Party will have no obligation with respect to such information, where the information: (i) was known to Receiving Party prior to receiving any Confidential Information from Disclosing Party as evidenced by written documentation; (ii) is or becomes publicly known through no wrongful act or omission of Receiving Party; or (iii) was received by Receiving Party without breach of this Agreement from a third party without restriction as to the use and disclosure of the information. Receiving Party may also disclose Confidential Information if, in the opinion of Receiving Party's counsel, disclosure is required by governmental order, decree, regulation, or rule; provided, however, that Receiving Party will provide prompt written notice of any such obligation to the extent not prohibited by such governmental order, decree, regulation, or rule, and reasonable assistance to Disclosing Party prior to disclosure of any Confidential Information to allow Disclosing Party to seek an appropriate protective order or other equitable relief.

(C)   Upon request by Genetec made within thirty days after the effective date of termination of this Agreement or expiration of any Subscription Term, or at any time during the Subscription Term upon written request from Genetec (not to be exercised more than three times during any 12-month period), PROS will make available to Genetec for download a file of Genetec Data in well accepted industry standard formats (ascii, xml, database backups) that are readily available to Genetec. After such 60-day period, PROS will have no obligation to maintain or provide any Genetec Data and will thereafter (unless legally prohibited) delete

all Genetec Data in its systems or otherwise in its possession or under its control.

(D)   Notwithstanding anything to the contrary in this Agreement relating to the return of Confidential Information, Receiving Party shall be entitled to retain (i) one secure copy for legal archival purposes to evidence its compliance with the terms of this Agreement and (ii) copies of electronically exchanged Confidential Information held in backup systems in accordance with its routine information technology backup process; <u>provided</u> that, in each case, such retained Confidential Information remains subject to the confidentiality obligations set forth herein.

7.3   <u>Personal Data</u>. All Personal Data that PROS receives, collects or otherwise processes as part of its obligations under this Agreement shall be treated by PROS in accordance with its Privacy Notice located at: <u>pros.com/saas/privacy-notice/</u>, any Data Processing Addendum entered into by the Parties and the privacy and data protection laws applicable to PROS. PROS shall only process such Personal Data to the extent necessary to fulfill its obligations under this Agreement or as permitted under this Agreement.

### 8. TERMINATION.

8.1   <u>Termination</u>. An Order or SOW issued hereunder will terminate if either Party (i) fails to perform any of its material obligations thereunder and (ii) fails to cure such breach within thirty (30) days after written notice from the non-breaching Party (or if such breach cannot be corrected through the exercise of reasonable diligence within such thirty (30)-day period, if the breaching Party does not commence to correct such failure within such thirty (30)-day period and thereafter diligently prosecute same to completion). Such written notice shall specify in detail the alleged material breach. For the avoidance of doubt, any Order or SOW issued hereunder and not terminated pursuant to this Section 8.1 shall remain in full force and shall continue for the term stated herein (unless otherwise terminated in accordance with this Agreement).

8.2   <u>Immediate Termination</u>. Either Party may immediately terminate this Agreement by giving written notice of such termination to the other Party on the occurrence of the following events: (i) the other Party becomes the subject of a voluntary or involuntary petition in bankruptcy or any petition for similar relief; (ii) the appointment of a receiver or liquidator for the other Party's property; (iii) an assignment by the other Party for the benefit of its creditors or the acknowledgment by the other Party that it is unable to meet its obligations on the maturity thereof; (iv) the other Party ceases to conduct business in the normal course; or (v) any breach of clause (ii), (iii), (iv), (v), (viii) or (ix) of Section 1.4.

8.3   <u>Effect of Expiration or Termination</u>. Upon termination or expiration of an Order, all Application subscription(s) granted thereunder will terminate immediately and, where an Order is terminated as a result of an uncured breach by PROS, PROS will also refund to Genetec any pre-paid subscription fees prorated to the remainder of the pre-paid term.

8.4   <u>Termination Assistance Professional Services</u>. Except where the subscription is terminated by PROS for cause attributable to Genetec, PROS will make available to Genetec, during any applicable notice period and for a reasonable period of time after the expiration or termination of the subscription (but in no event for less than twelve (12) months), such termination assistance Professional Services as may be reasonably requested by Genetec to facilitate the orderly transition of PROS responsibilities hereunder to Genetec or its designee. Such Professional Services will be provided pursuant to an SOW under then-current fees for similar Professional Services.

8.5   <u>Survival</u>. Except to the extent expressly provided to the contrary herein, the obligation of Genetec to pay in full any outstanding fees and other monies due and Sections 1.4, 2.4, 4, 5, 6, 7, 9.2 and 9.3 will survive the termination or expiration of the Agreement.

CONFIDENTIAL                                                                                    PROS_0012132

**9. GENERAL.**

9.1 Underlined Defined Terms.

(a) "**Agreement**" means this Subscription and Services Agreement, together with all Orders, SOWs and the Policies. The terms of the Agreement will control over any different or additional terms of any purchase order submitted by Genetec and over any conflicting terms in PROS' Policies but only with respect to such conflicting subject matter. The terms of an SOW or Order will have precedence over any conflicting terms in this Agreement, but only with respect to the subject matter of such SOW or Order, and over any conflicting terms in PROS' change control process located at pros.com/changecontrol.

(b) "**Anonymous Aggregated Data**" means Genetec Data that has been aggregated with other data and anonymized to exclude data that would enable the identification of any individual, company, or organization. Anonymous Aggregated Data will not include Genetec Confidential Information or otherwise be in any way linked to or reference Genetec.

(c) "**Application**" means the PROS software-as-a-service platform specified in the applicable Order, together with the accompanying Documentation made available by PROS to Genetec pursuant to the subscription.

(d) "**Confidential Information**" means any data or information in any form that is disclosed to either Party, including directly or indirectly disclosed to a Party's subcontractors for the performance of a Party's obligations under this Agreement ("**Receiving Party**") by or on behalf of the other Party ("**Disclosing Party**") and that either (i) relates to Disclosing Party's proprietary software, information technology, business plans, forecasts, customer information, marketing information, trade secrets and/or financial performance, (ii) is identified as proprietary or confidential in writing at the time of disclosure (or that, due to its nature or under the circumstances surrounding its disclosure, ought to be treated as proprietary and confidential by a reasonable person), or (iii) is Genetec Data. For the avoidance of doubt, confidential information disclosed by a Party includes information received from a third party through a confidential arrangement that meets the criteria outlined in paragraphs (i) to (iii) as set forth in this clause (d).

(e) "**Documentation**" means the online user guides and technical documentation made generally available for the Application, but excluding any marketing materials or demonstrations of the Application.

(f) "**Genetec Affiliate**" means any company or legal entity that controls, is controlled by, or is controlled by an entity that controls Genetec. All derivatives of the word "**control**" mean the ownership directly or indirectly of more than fifty percent (50%) of the voting rights representing the right to vote in the election of directors or other managing authority in a company or other legal entity.

(g) "**Genetec Data**" means all electronic data or information submitted by or on behalf of Genetec for use in the Application and portrayed in documents (such as reports and quotes) generated by the Application based on such electronic data or information.

(h) "**Losses**" means, in connection with an indemnified claim, (i) the liabilities, damages and all related costs and expenses, including without limitation reasonable attorney fees, legal costs, defense costs awarded as the amount of a final judgement (including any award of fees, interests, penalties and expenses), rendered against the indemnitee, (ii) defense costs, (iii) and/or the amount of a settlement entered into by the indemnifying Party, or with the indemnifying Party's consent.

(i) "**Operational Data**" means data derived from the performance, use, and operation of the Application, including the number of records in the Application, and the number and types of transactions, configurations, and reports processed in the Application. Operational Data should not include Genetec

Confidential Information and must not be capable of being traced back to Users.

(j) "**Order**" means the order for a subscription to the Application in written form executed by both Parties (or, if applicable, submitted online by Genetec to PROS).

(k) "**Personal Data**" means any Genetec Data relating to an identified or identifiable natural person, namely through identifiers such as a name, an identification number, location data, an online identifier or one or more factors specific to the physical, physiological, genetic, mental, economic, cultural or social identity of that natural person.

(l) "**Policies**" means the policies and additional terms that are in effect as of the effective date of the relevant Order located at pros.com/SaaS, including the Privacy Notice, Security Policy and Service Level Agreement.

(m) "**Professional Services**" mean the implementation, strategic consulting or other professional services (but excluding support) PROS may perform for Genetec pursuant to an SOW or Work Order.

(n) "**Scope**" means the scope of use for the Application as set forth in the applicable Order.

(o) "**Security Policy**" means the PROS cloud security Policy that is in effect as of the effective date of the relevant Order located at: pros.com/SaaS/security.

(p) "**Security Breach**" means an actual (i) acquisition or use of Genetec Confidential Information, or execution of operations or functions of the Application, without authorization and through an actual contravention of security measures; or (ii) other unauthorized loss or misuse of Genetec Confidential Information.

(q) "**Service Level Agreement**" means the service level agreement that is attached to the relevant Order, or if no service level is so attached, then the service level which is in effect as of the effective date of the relevant Order located at pros.com/SaaS/SLA.

(r) "**SOW**" or "**Work Order**" means a work order for Professional Services (or an Order that includes Professional Services) executed by the Parties, or any change order referencing an SOW or a Work Order and executed by the Parties. No SOW or Work Order is binding upon either Party unless signed by both Parties, and neither Party will be liable to the other with respect to unsigned SOWs or Work Orders.

(s) "**Subscription Term**" means the period during which Genetec has paid for and is entitled to receive the subscription to the Application. The Subscription Term commences on the effective date of the relevant Order (unless otherwise specified therein) and continues for the period specified in such Order.

(t) "**Taxes**" means any and all of the following: sales, use, excise or similar taxes, value added taxes, and any costs associated with the collection and withholding of any of the foregoing items.

(u) "**Users**" mean individuals who are authorized by Genetec to use the Application, subject to the terms of this Agreement, and have been supplied user identifications and passwords by Genetec. Where applicable, the number of Users authorized to use the Application will be set forth on the relevant Order.

9.2 Export Control Laws. The Application and associated technical data are subject to U.S. export control laws and regulations, and may be subject to export or import laws and regulations in other countries. Genetec represents that Genetec is not (i) on the U.S. Department of Treasury, Office of Foreign Asset Controls list of Specially Designated Nationals and Blocked Persons or on any other U.S. Government lists of denied or sanctioned parties and (ii) otherwise a person to whom PROS is legally prohibited to provide access to the Application and associated technical data or provide Professional Services. Each Party is responsible for obtaining any U.S. and non-U.S.

governmental authorizations with respect to its obligations [illegible] each [illegible] [illegible], directly or indirectly, including [illegible] the Application, any [illegible] the Application, any data added by such [illegible] to the Application and any [illegible] that may be required under applicable laws and regulations.

9.3 Governing Law. [illegible] the Parties [illegible] pursuant to Section [illegible] below, this Agreement will be construed and governed [illegible] in accordance with the laws of the State of New York, [illegible] the conflict of law principles. The state and federal courts located in the Southern District of the State of New York will have exclusive jurisdiction to adjudicate any dispute arising out of or relating to this Agreement, and each Party consents to such [illegible]. Each Party also hereby [illegible] any right to a jury trial in connection with any action or litigation in any way arising out of or related to this Agreement. The United Nations Convention on Contracts for the International Sale of Goods (UNCISG) and the Uniform Computer Information Transactions Act (UCITA) are specifically disclaimed [illegible].

9.4 Injunctive Relief. The Parties agree that a breach of Sections [illegible] or [illegible] will result in irreparable and continuing damage [illegible] which there will be no adequate remedy at law, and each Party will be entitled to injunctive relief without the need for posting bond and/or a decree for specific performance, and such other relief as may be proper.

9.5 Force Majeure. Neither Party will be liable hereunder by reason of any failure or delay in the performance of its obligations hereunder [illegible] on account of circumstances beyond such Party's reasonable control, including, without limitation, strikes, labor conditions, shortages, riots, insurrection, fires, floods, war or terrorism, governmental action, [illegible], earthquakes, storms, [illegible], acts of God, [illegible] of service, outage, telecommunications, computer, Internet service provider or hosting facility failures [illegible] software or hardware or network systems [illegible]. In the event of such [illegible] [illegible] may terminate this Agreement without liability except for obligations to pay amounts due with respect to any portion of this Agreement already performed [illegible].

9.6 Publicity. Neither Party will disclose the terms of this Agreement without prior written consent of the other Party. Subject to Genentech's prior written consent, PROS may refer to Genentech as PROS' customer and use Genentech's logo in communications and presentations given to individual third parties, as well as in communications and customer lists generally distributed or made available, provided that the use of such logo will be subject to Genentech's [illegible] Genentech may perform quality control reviews to ensure that the use of its logo meets its corporate logo guidelines. PROS' use of Genentech's logo must be in accordance with the terms of this Agreement. Genentech may revoke PROS' right to use Genentech's logo at any time with or without cause, and such revocation shall not affect the remaining provisions of this Agreement. In addition, Genentech may agree, at its sole discretion, with PROS' [illegible] and [illegible] in the issuance of a mutually agreed [illegible] release and sharing of a [illegible] concerning Genentech's Application subscription with individual third parties. Except as provided above, neither Party will use the other Party's trademarks without express written permission.

9.7 Notices. All notices under this Agreement must be sent in a manner [illegible] delivery to the Party to receive such notice at the address specified below or at such other address as either Party may specify from time to time by written notice in accordance with this Section. Notices given [illegible] will be deemed to have been received as of the date shown on the confirmation of delivery.

(a) If to Genentech: to the address specified above, or as otherwise provided in writing to PROS.

(b) If to PROS, to: PROS, Inc., 3100 Main Street, Suite 900, Houston, Texas 77002 USA, Attn: Legal Department.

9.8 No Assignment. Neither Party may assign this Agreement by operation of law or otherwise, in whole or in part, without the other Party's prior written consent (which will not be unreasonably withheld). Subject to the foregoing, this Agreement will be binding upon, inure to the benefit of, and be enforceable by and against the Parties and their respective successors and permitted assigns.

9.9 Relationship of the Parties. This Agreement is not intended nor will it be construed to confer upon or give to any person other than Genentech and PROS any rights, remedies or other benefits. The Parties are independent contractors. Nothing in this Agreement is intended, or should be construed, to create a partnership, agency, joint venture or employment relationship between the Parties. PROS will remain liable to Genentech for all acts and omissions of its subcontractors during the course of their performance of any of PROS' obligations under this Agreement.

9.10 No Waiver. No waiver, unless in expressed, by either Party of any right or remedy or any breach of the performance of any provision of this Agreement, will be deemed or construed to be a waiver of any succeeding breach of such provision or as a waiver of the provision itself.

9.11 Headings. The headings in this Agreement are inserted for convenience only and will not constitute a part of or interpretation of this Agreement.

9.12 Severability. If any of the provisions of this Agreement are determined to be invalid, illegal, or unenforceable by a court of competent jurisdiction, such provisions will be severed from this Agreement and the remaining provisions will remain in full force and effect.

9.13 Counterparts. This Agreement may be executed in two or more counterparts, each of which will be deemed an original for all purposes, and together will constitute one and the same document. Telecopy and electronic signatures will be deemed as original signatures in all respects.

9.14 Complete Agreement. This Agreement supersedes all other prior agreements and understandings of the Parties pertaining to the subject matter hereof and all other prior or contemporaneous agreements, understandings, representations, warranties, and writings are superseded hereby. Amendments to this Agreement will only be effective if reduced to writing and executed by authorized officers of the Parties.

9.15 Insurance. Each Party shall procure and maintain throughout the Subscription Term, at its own expense, adequate insurance coverage, which shall include, without limitation, general commercial liability policy, and errors and omissions policy (with cyber security and data privacy liability riders) with adequate per claim and aggregate limits, as determined by such Party. The foregoing insurance is [illegible] and is not a replacement or limitation of any of the Parties' respective obligations and liabilities under the Agreement.

IN WITNESS WHEREOF, PROS and Genetec have each caused this Subscription and Services Agreement to be signed and delivered by its duly authorized officer, effective as of the Effective Date.

GENETEC:

**Genetec, Inc.**
a Canadian corporation

By:  _Andrew Elvish_

Name:  Andrew Elvish

Title:  Vice President Marketing

Date:  24 December 2019

PROS:

**PROS, Inc.**
a Delaware corporation

By:  _____

Name:  Damian Olthoff

Title:  General Counsel

Date:  24 December 2019

