**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
GENETEC, INC.,

                Plaintiff,

    -against-                                          20 **CIVIL** 7959 (JLR)

**<u>JUDGMENT</u>**

PROS, INC.,

                Defendant.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 21, 2024, the Court has GRANTED Defendant's motion for summary judgment. Judgment is granted in favor of PROS on Genetec's misrepresentation claims. PROS is also granted summary judgment as to its counterclaim against Genetec for breach of contract; accordingly, the case is closed.

**Dated:**  New York, New York

      March 21, 2024

                                                        **RUBY J. KRAJICK**
                                                          Clerk of Court

                                  **BY:**  *K. Mango*
                                                 _____
                                                         **Deputy Clerk**