**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GENETEC, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PROS, INC.,<br><br>Defendant. | Case No. 1:20-cv-07959 (JLR) |

**PLAINTIFF/COUNTERCLAIM DEFENDANT GENETEC, INC.'S NOTICE OF MOTION FOR APPROVAL OF SUPERSEDEAS BOND AND TO STAY EXECUTION OF JUDGMENT PENDING APPEAL**

PLEASE TAKE NOTICE that upon the Memorandum of Law in Support of Motion For Approval Of Supersedeas Bond And To Stay Execution Of Judgment Pending Appeal, dated May 21, 2024, Plaintiff/Counterclaim-Defendant Genetec, Inc., by the undersigned attorney will move this Court before the Honorable Jennifer L. Rochon, United States District Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, NY 10007-1312, on a date to be determined, for an Order pursuant to Federal Rule of Civil Procedure 62(b), approving a supersedeas bond to secure satisfaction of the judgment and staying any proceedings to enforce the judgment entered by the Court in this action pending appeal.

Dated: New York, New York.
May 21, 2024

Respectfully submitted,

PERKINS COIE LLP

By: */s/ Gene W. Lee*

Gene W. Lee
1155 Avenue of the Americas, 22nd Floor
New York, New York 10036-2711
Tel: (212) 262-6900
Fax: (212) 977-1649
GLee@perkinscoie.com

*Attorneys for Plaintiff/Counterclaim-Defendant Genetec, Inc.*