**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
 GENETEC, INC.,

                Plaintiff,

       -against-                                20 **CIVIL** 7959 (JLR)

                                                      **AMENDED JUDGMENT**

PROS, INC.,

                Defendant.
-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated July 11, 2024, PROS's motion to amend the judgment is GRANTED.  Amended judgment is issued confirming PROS's right to collect from Genetec (1) $1,470,992.51 in damages, including $767,251.15 in attorney's fees, $28,009.89 in costs, and $160,947.24 in prejudgment interest; and (2) postjudgment interest. Genetecs motion for approval of a supersedeas bond is GRANTED in part. Amended Judgment in this action will be stayed upon Genetec's provision of a $1,653,023.91 bond.

**Dated:**  New York, New York

      July 16, 2024

                                         **DANIEL ORTIZ**
                                    **Acting Clerk of Court**

                            **BY:**

                                    _____
                                      **Deputy Clerk**